# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

FERMIN MENDOZA; FRENCHMAN HILL APARTMENTS RESIDENT ASSOCIATION,

                    Plaintiffs,

      v.

FRENCHMAN HILL APARTMENTS LIMITED PARTNERSHIP, et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-494-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in FAVOR of Plaintiffs Fermin Mendoza and Frenchman Hill Apartments Resident Association AGAINST Defendants Frenchman Hill Apartments Limited Partnership, the Housing Authority of Grant County and John Poling on Plaintiff's Section 1983 Due Process Claim for Declaratory Judgment.

Judgment is entered in FAVOR of the Defendants against Plaintiffs on all remaining claims.

5/16/05                                                         JAMES R. LARSEN
*Date*                                                             *Clerk*

                                                                          s/ Renea Ferrante
                                                                          *(By) Deputy Clerk*

                                                                          Renea Ferrante